IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-82-2H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| MARCUS ANTONIO RIPLEY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for early termination of probation [DE #303]. Finding an insufficient basis for early termination of probation, defendant's motion is DENIED.

This the 29th day of August 2016.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
JH